**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

OCT 2 2 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. **2:07cr247-WKW** |
| | ) | [18 USC 2243(a); |
| | ) | 18 USC 2246(2)] |
| CHAD BRANDON SMITH | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

<u>COUNT 1</u>

On or about June 17, 2006, at Gunter Air Force Base, a place within the special maritime and territorial jurisdiction of the United States and in the Middle District of Alabama, the defendant,

CHAD BRANDON SMITH,

did knowingly engage in a sexual act with a minor, who had attained the age of 12 years but who had not attained the age of 16 years, and who was at least four years younger than the Defendant, and attempted to engage in a sexual act with the minor. All in violation of Title 18, United States Code, Sections 2243(a) and 2246(2).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
Tommie Brown Hardwick
Assistant United States Attorney