IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| V. ) | CR. No.: 2:07cr247-WKW |
| ) | |
| **CHAD BRANDON SMITH** ) | |

## NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the Defendant, **CHAD BRANDON SMITH,** by and through undersigned counsel, Kevin L. Butler, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plead in front of a district judge and consents to do so before a magistrate judge.

Dated this 21st day of January 2008.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| V. | )   CR. No.: 2:07cr247-WKW |
| | ) |
| **CHAD BRANDON SMITH** | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Brown Hardwick, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138