IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CR. No.: 2:07cr247-WKW |
| | ) | |
| **CHAD BRANDON SMITH** | ) | |

## MOTION TO WITHDRAW GUILTY PLEA
## AND SET CASE FOR TRIAL

COMES NOW the Defendant, Chad Brandon Smith, by and through undersigned counsel, Donnie W. Bethel, and moves this Court to withdraw his guilty plea and set his case for trial. In support of this Motion, Mr. Smith states the following:

1. On November 2, 2007, Mr. Smith was charged in a one-count Indictment with the offense of engaging in a sexual act with a minor.

2. On November 2, 2007, Mr. Smith appeared before Judge Wallace Capel, Jr., for arraignment and pleaded not guilty to the Indictment.

3. On January 23, 2008, Mr. Smith appeared before United States Magistrate Judge Wallace Capel, Jr., and pled guilty to the Indictment.

4. The charge to which Mr. Smith pled guilty requires that he know, at the time that he engaged in the sexual act with a minor, that the female with which he engaged in the sexual act was, in fact, a minor. At the hearing in which Mr. Smith changed his plea, there was considerable discussion about whether Mr. Smith knew, at the time of the sexual act, that the female in question was a minor. Initially, the Court refused to accept the guilty plea

because all the elements had not been established. Document 19, p. 12. After a recess, the parties made a second attempt to establish that Mr. Smith was admitting to all the elements of the offense, after which Judge Capel accepted the guilty plea. Document 19, p. 13. Mr. Smith contends that his admission concerning his knowledge of the age of the female in question was, at best, ambiguous as to *when* he found out that she was less than sixteen years of age. Mr. Smith now wishes to withdraw to plea of guilty and proceed to trial.

**WHEREFORE**, Mr. Smith respectfully requests that his previously entered plea of guilty be withdrawn and his case be placed on the next available trial docket.

Dated this 7th day of April, 2008

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CR. No.: 2:07cr247-WKW |
| | ) | |
| **CHAD BRANDON SMITH** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Christopher Snyder, Assistant U. S. Attorney.

    Respectfully submitted,

    s/ Donnie W. Bethel
    DONNIE W. BETHEL
    Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: don_bethel@fd.org
    IN Bar Code: 14773-49