# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07-cr-247-WKW |
| ) | |
| CHAD BRANDON SMITH ) | |

**United States's Unopposed Motion to Continue Sentencing**

The United States respectfully requests the Court to continue Defendant Chad Brandon Smith's sentencing in this case, currently scheduled for Friday, April 18, 2008, at 10:00 a.m. It requests this relief for the following reasons:

1. On October 22, 2007, a Grand Jury sitting in the Middle District of Alabama returned a one-count indictment against Smith, charging him with the sexual abuse of a minor (violating 18 U.S.C. §§ 2243(a) and 2246(2)).[1] Then, on January 23, 2008, Smith entered a plea of guilty to this charge without a plea agreement.[2]

2. On February 11, 2008, the Court entered an order setting this case for sentencing for Friday, April 18, 2008.[3] On April 7, 2008, this case was reassigned to AUSA Christopher A. Snyder. On the same day, Smith filed a motion to withdraw his plea.

---

[1] Doc. #1.

[2] Doc. #22.

[3] Doc. #21.

3.   To the best knowledge of the Government, the Government, and the Defendant received their first copy of the Presentence Investigation Report ("PSR") today.[4]

4.   Additionally, the Government requests a continuance in this matter so that it may have adequate time to prepare it response in opposition to Smith's motion to withdraw his plea. A continuance of a sentencing on this ground is permissible so long as the sentence may still be "imposed without unnecessary delay."[5]

5.   The Government has conferred with Smith's attorney, Donnie Bethel, who indicated that he has no objection to this continuance, and who joins in the motion.

Therefore, the Government requests that the sentencing be continued so that the parties may review the PSR, and so that the Government will have adequate time to respond to Smith's motion to withdraw his plea.

Respectfully submitted this 9th day of April, 2008.

                                        LEURA G. CANARY
                                      UNITED STATES ATTORNEY

                                      /s/ Christopher Snyder
                                      CHRISTOPHER A. SNYDER
                                      Assistant United States Attorney
                                      131 Clayton Street
                                      Montgomery, AL 36104
                                      Phone: (334)223-7280
                                      Fax: (334)223-7135
                                      E-mail: christopher.a.snyder@usdoj.gov

---

[4] *See* Fed. R. Crim. P. 32(e)(1).

[5] Fed. R. Crim. P. 32(b)(1).

## CERTIFICATE OF SERVICE

      I hereby certify that on April 9, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Donnie Bethel.

      /s/ Christopher Snyder
      CHRISTOPHER A. SNYDER
      Assistant United States Attorney