IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Case No. 2:07-cr-0247-WKW |
| ) | |
| CHAD BRANDON SMITH    ) | |

### **ORDER**

In consideration of the United States's Unopposed Motion to Continue Sentencing (Doc. # 26), it is ORDERED that the motion is GRANTED. The sentencing hearing is continued from April 18, 2008, to **May 15, 2008, at 9:45 a.m.**

Furthermore, in consideration of the defendant's Motion to Withdraw Guilty Plea and Set Case for Trial (Doc. # 24), it is ORDERED that the government shall respond in writing **on or before April 17, 2008**.

DONE this 10th day of April, 2008.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE