IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | CR. NO. 2:07-cr-247-WKW |
| ) | |
| **CHAD BRANDON SMITH** ) | |
| ) | |

## Unopposed Motion to Permit Filing

The United States respectfully moves this Court to permit the filing of its Response to Defendant Chad Brandon Smith's Motion to Withdraw Plea (Doc. No. 28), which has being filed approximately one day after its due date.

The United States has spoken with Donnie Bethel, Esq. prior to this filing, and he has indicated he does not object to such an out-of-time filing.

Respectfully submitted this 18th day of April, 2008,

                                                      LEURA G. CANARY
                                                      UNITED STATES ATTORNEY

                                                      /s/ Christopher Snyder
                                                      CHRISTOPHER A. SNYDER
                                                      Assistant United States Attorney
                                                      131 Clayton Street
                                                      Montgomery, AL 36104
                                                      Phone: (334) 223-7280
                                                      Fax: (334) 223-7135
                                                      E-mail: christopher.a.snyder@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on April 18, 2008, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to Kevin Butler, Esq.

                                              /s/ Christopher Snyder  
                                              CHRISTOPHER A. SNYDER  
                                              Assistant United States Attorney