IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:07-cr-0247-WKW |
| | ) | |
| CHAD BRANDON SMITH | ) | |

## **ORDER**

Upon consideration of the government's Unopposed Motion to Permit Filing (Doc. # 29), it is ORDERED that the motion is GRANTED.

DONE this 29th day of April, 2008.

                                      /s/  W.  Keith Watkins
                              UNITED STATES DISTRICT JUDGE