IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. No.: 2:07cr247-WKW |
| | ) | |
| CHAD BRANDON SMITH | ) | |

### MOTION TO CONTINUE SENTENCING HEARING

**COMES NOW** the Defendant, **CHAD BRANDON SMITH,** through Undersigned Counsel, Donnie W. Bethel, and moves this Honorable Court to continue the sentencing hearing now scheduled for May 15, 2008.

1.     On April 9, 2008, Mr. Smith received the Presentence Investigation Report (PSR) in this case. Shortly thereafter, upon the Government's motion, Mr. Smith's initially-scheduled sentencing date of April 18, 2008, was continued until May 15, 2008. On May 1, 2008, Mr. Smith received a substantially revised PSR. The Probation Officer who conducted the presentence investigation completely changed the base offense level, the enhancements and the criminal history category that he now believes apply to Mr. Smith's case. As a result, the United States Sentencing Guidelines range in the revised PSR has remarkably increased from 63 to 78 months to 188 to 235 months.

2.     On May 5, 2008, Undersigned Counsel is serving as standby counsel to a pro se defendant in a case that will be tried in Montgomery, Alabama. He also has two trials currently set on the Opelika trial docket, which will begin on May 12, 2008. Therefore, Mr. Smith requests a continuance of his sentencing hearing so that his counsel will have

sufficient time to adequately consider and research the issues arising from the revised PSR

3. The United States, through AUSA Christopher Snyder, does not oppose a continuance.

**WHEREFORE**, Mr. Smith respectfully requests that this Honorable Court grant his Motion to Continue Sentencing Hearing.

Dated this 5th day of May, 2008.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **V.** | ) CR. No.: 2:07cr247-WKW |
| | ) |
| **CHAD BRANDON SMITH** | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to Christopher Snyder, Esq., Assistant United States Attorney.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49