IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:07-cr-0247-WKW |
| ) | |
| CHAD BRANDON SMITH ) | |

### **ORDER**

Upon consideration of the defendant's unopposed Motion to Continue Sentencing Hearing (Doc. # 32), it is ORDERED that the motion is GRANTED. The sentencing hearing is continued from May 15, 2008 to **July 10, 2008, at 9:30 a.m.**

DONE this 7th day of May, 2008.

/s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE