## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO: 2:07-cr-00247-WKW-WC** |
| | ) | |
| **CHAD BRANDON SMITH** | ) | |
| | ) | |
| **Defendant** | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Everett M. Urech, and enters his appearance as counsel for **CHAD BRANDON SMITH** in the above-styled matter.

Dated this 20th day of May 2008.

            Respectfully submitted,

            **s/Everett M. Urech**
            **EVERETT M. URECH**
            **AL BAR NO.: ASB-6693-E44E**
            Attorney for Defendant
            Urech & Livaudais, P.C.
            P.O. Drawer 70
            510 N. Daleville Ave
            Daleville, AL 36322
            TEL: (334) 598-4455
            FAX: (334) 598-2076
            E-Mail: daleattyeu@graceba.net

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: United States Attorney - Criminal Division, AUSA Chris Snyder, Montgomery, Alabama 36104.

                                                  s/Everett M. Urech
                                                  **EVERETT M. URECH**