IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:07-cr-0247-WKW |
| | ) | |
| CHAD BRANDON SMITH | ) | |

### **ORDER**

Upon consideration of the defendant's Motion to Withdraw as Counsel (Doc. # 34), it is ORDERED that:

1. Everett Urech, a panel attorney, shall be appointed to represent the defendant for all further proceedings. Appointed counsel shall file a written notice of appearance with this court.

2. Upon filing of the newly appointed counsel's notice of appearance, the motion to withdraw (Doc. # 34) will be deemed GRANTED, and Donnie W. Bethel will be WITHDRAWN from the case.

DONE this 21st day of May, 2008.

            /s/ W. Keith Watkins
            UNITED STATES DISTRICT JUDGE