IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CR. No.: 2:07cr247-WKW |
| | ) | |
| **CHAD BRANDON SMITH** | ) | |

## MOTION TO WITHDRAW AS COUNSEL

**NOW COMES** the Defendant, by and through the undersigned counsel and respectfully moves this Court to withdraw as appointed counsel for **CHAD BRANDON SMITH,** in the above-styled matter.

In support of this Motion, defendant would show:

1. That undersigned counsel has discovered that a conflict exists between the interest of Mr. Smith and the interests of another client of this office, which requires undersigned counsel and this office to withdraw from both representations.

2. On behalf of Mr. Smith, undersigned counsel requests that CJA panel attorney Everett Urech be appointed to represent him in all further proceedings in this case. Attorney Urech is aware of the time sensitivity of this conflict and has agreed to provide representation in this matter, if the Court approves.

**WHEREFORE**, undersigned counsel prays that the office of the Federal Defenders be permitted to withdraw from the representation of Mr. Smith.

Dated this 21st day of May, 2008.

Respectfully submitted,

1

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CR. No.: 2:07cr247-WKW** |
| ) | |
| **CHAD BRANDON SMITH** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Christopher Snyder, Esq., Assistant U. S. Attorney.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M