IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                        ) | Case No. 2:07-cr-0247-WKW |
| ) | |
| CHAD BRANDON SMITH        ) | |

## **ORDER**

Upon consideration of Mr. Butler's Motion to Withdraw as Counsel (Doc. # 37) and Mr. Petersen's Motion to Withdraw as Counsel (Doc. # 38), it is ORDERED that both motions are GRANTED, and Kevin L. Butler and Michael J. Petersen are WITHDRAWN from the case.

DONE this 22nd day of May, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE