## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO. 2:07-cr-247-WKW** |
| | ) | |
| **CHAD BRANDON SMITH** | ) | |
| | ) | |

───────────────────────────────────────────────

### United States's Unopposed Motion to Continue Sentencing
───────────────────────────────────────────────

The United States respectfully requests the Court to continue Defendant Chad Brandon Smith's sentencing in this case, currently scheduled for Thursday, July 10, 2008, at 9:30 a.m.  It requests this relief for the following reasons:

1.      On October 22, 2007, a Grand Jury sitting in the Middle District of Alabama returned a one-count indictment against Smith, charging him with the sexual abuse of a minor (violating 18 U.S.C. §§ 2243(a) and 2246(2)).[1]  Then, on January 23, 2008, Smith entered a plea of guilty to this charge without a plea agreement.[2]  This case is currently set for sentencing on July 10, 2008, at 9:30 a.m.

2.      On or about May 13, 2008, the United States learned about Smith's possible involvement with threats to several individuals including a federal judge, a prosecutor, and others.  The United States and the Federal Bureau of Investigation have been investigating

───────────────────────

[1] Doc. #1.

[2] Doc. #22.

these threats since then.

3.     One of the primary witnesses of the Smiths's threats is also a federal inmate, who has been polygraphed about these statements.  On June 24, 2008, the United States learned that this inmate passed a polygraph examination.  However, the United States has not yet received a written report of the polygraph.  Both the United States and Smith need to be able to review this report – both (1) to make judgments about their prospective positions about whether or not Smith should receive acceptance of responsibility, and (2) in regards to their overall strategy at sentencing.

4.     Additionally, the undersigned counsel learned today that an additional witness may be able to corroborate the federal inmate's statements regarding Smith's threats.   This witness is believed to be located outside Alabama. A continuance is necessary to located this witness.

5.     A continuance of a sentencing on these grounds is permissible so long as the sentence may still be "imposed without unnecessary delay."[3]

6.     The Government has conferred with Smith's attorney, Everett Urech, who indicated that he has no objection to this continuance, and who joins in the motion. Therefore, the Government requests that the sentencing be continued.

Respectfully submitted this 7th day of July, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Christopher Snyder

---

[3] Fed. R. Crim. P. 32(b)(1).

CHRISTOPHER A. SNYDER
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: christopher.a.snyder@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Everett Urech.

/s/ Christopher Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney