IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:07-cr-0247-WKW |
| | ) | |
| CHAD BRANDON SMITH | ) | |

## **ORDER**

In consideration of the United States's second Unopposed Motion to Continue Sentencing (Doc. # 42), it is ORDERED that the motion is GRANTED. The sentencing hearing is continued from July 10, 2008, to **August 8, 2008, at 9:00 a.m.**

Furthermore, in consideration of the defendant's objections to the Presentence Investigation Report, it is ORDERED that the defendant file a sentencing memorandum that contains his objections, legal authority, and other arguments with respect to sentencing **on or before July 22, 2008**, and that the government respond in writing **on or before August 5, 2008**.

DONE this 8th day of July, 2008.

                                                      /s/   W. Keith Watkins
                                            UNITED STATES DISTRICT JUDGE