**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **CASE NO. 2:07-cr-247-WKW** |
| ) | |
| **CHAD BRANDON SMITH** ) | |

## ORDER

It is **ORDERED** that the sentencing hearing for defendant Chad Brandon Smith is **CONTINUED** from August 8, 2008, at 9:00 a.m., to **August 13, 2008, at 2:15 p.m.,** in courtroom 2E of the Frank M. Johnson, Jr. U. S. Courthouse, One Church Street, Montgomery, Alabama.

DONE this 30th day of July, 2008.

                                                    /s/  W. Keith Watkins
                                                    UNITED STATES DISTRICT JUDGE