## IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO. 2:07-cr-247-WKW** |
| | ) | |
| **CHAD BRANDON SMITH** | ) | |
| | ) | |

---

### Sentencing Memorandum in Support of No Acceptance of Responsibility

---

Based on the United States's request to the U.S. Probation Office,[1] and to aid the Court at sentencing, the United States files the attached sentencing memorandum in support of its position that Defendant Chad Brandon Smith should not receive acceptance of responsibility in this case. Not only did Smith file a frivolous motion to withdraw his plea, Smith has shown his lack of remorse with recent comments about the victim and threats to a judge and former federal prosecutor in this case.

Smith should not receive acceptance of responsibility. United States Sentencing Guidelines § 3E1.1 provides for a two-level reduction in Smith's offense level *only* if he "clearly demonstrates a recognition and *affirmative* acceptance of personal responsibility for his criminal conduct." Just because Smith pleaded guilty, does not entitle him "to a sentencing reduction . . . as a matter of right."[2] Rather, acceptance of responsibility is a "multifaceted concept,"[3] and the inquiry into the applicability of this factor requires

---

[1] *See* Ex. 1.

[2] U.S.S.G. § 3E1.1(c); *see also United States v. Jones*, 899 F.2d 1097, 1100 (11th Cir. 1990).

[3] *United States v. Scroggins*, 880 F.2d 1204, 1215 (11th Cir.1989).

consideration of the "total picture."[4]

First, Smith's attempt to withdraw his plea, in and of itself, constitutes a lack of acceptance of responsibility.[5] This is all the more so, considering the last minute nature and frivolous grounds on which he attempted to withdraw his plea (that he suddenly did not know that the victim was under the age of 16).[6] This is even more disturbing given Smith's blame-shifting and rationalizing accounts of his case that he recently has provided to several of his cell mates.[7]

Moreover, Smith's recent threats to a magistrate judge, former federal prosecutor, and the victim in this case, shows that he has no remorse for his behavior.[8] Smith, has, for example, stated about the victim: that "when [he] get[s] out [of prison], [he's] going to throw gas on that bitch's face and burn her alive."[9] This is consistent with Smith's behavior during

---

[4] *United States v. Castillo-Valencia*, 917 F.2d 494, 501 (11th Cir.1990).

[5] *See, e.g.*, *United States v. Cox*, 299 F.3d 143 (2d Cir. 2002) (denying acceptance reduction where defendant attempted to withdraw his guilty plea); *United States v. Hirsch*, 239 F.3d 221 (2d Cir. 2001) (rejecting reduction for defendant who attempted to withdraw his guilty plea); *United States v. Goodman*, 165 F.3d 169 (2d Cir. 1999) (upholding district court's finding that defendant's attempt to withdraw her guilty plea because she anticipated a less severe sentence demonstrated a lack of sincere remorse); *United States v. Martinez*, 169 F.3d 1049 (7th Cir. 1999) (denying credit where defendant unsuccessfully sought to withdraw his guilty plea, falsely denying facts about membership in the drug conspiracy); *see also United States v. Rubio*, 317 F.3d 1240 (11th Cir. 2003) (noting that although defendant appeared to accept responsibility, he withdrew his plea and steadfastly failed to accept responsibility further).

[6] Doc. No. 24.

[7] *See, e.g.*, Ex. 2 at 4 ("If they do end up letting me withdraw my plea . . I'm just going to lie and say that we didn't have sex."); 5 ("But I can't lie, she took it good for a 15 year-old.").

[8] See *id.*

[9] *Id.* at 3; *see also id* at 5.

his prior sex offense from Alabama state court, when he threatened his first 15 year-old victim. In that case he stated that if the victim "continued her s**t, [he was] going to end up shooting the bitch in her face."[10] Smith's remorseless behavior in this case alone is sufficient to refuse to grant him acceptance of responsibility.[11]

In short, Smith has not even begun to recognize the wrongfulness of and harm caused by his actions or shown any remorse whatsoever for his conduct. He should not receive acceptance of responsibility for his behavior.

Respectfully submitted this the 11th day of August, 2008.

LEURA G. CANARY
United States Attorney

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
christopher.a.snyder@usdoj.gov

---

[10] *See* Ex. 3 at 12 (state pre-sentence investigation report).

[11] *See United States v. Burke*, 243 Fed.Appx. 69, 71 (6th Cir. June 18, 2007) ("Defendant d[id] not challenge the district court's decision . . . denying a reduction in the offense level for acceptance of responsibility in connection with threats made against the prosecutor and a judge."); *United States v. Robertson,* 1991 WL 255581, at *1-2 (7th Cir. 1991) (no error in considering threats in awarding no acceptance).

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 11, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Everett M. Urech.

/s/ Christopher Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney

**Snyder, Christopher A. (USAALM)**

| | |
|---|---|
| **From:** | Snyder, Christopher A. (USAALM) |
| **Sent:** | Tuesday, July 29, 2008 1:05 PM |
| **To:** | 'Doug_Mathis@almp.uscourts.gov'; 'daleatty@snowhill.com'; 'daleattyeu@graceba.net' |
| **Subject:** | Re: Chad Brandon Smith objections |

Doug,

As we have discussed previously on the telephone, we formally request that you not credit Mr. Smith with acceptance of responsibilty based upon his threats to the victim, judges, and others.

We have provided you with the materials we currently have on this and have provided Mr. Urech with them as well. If additional materials come into our possession while we are meeting with witnesses, I will provide them to you and Mr. Urech. If you need anything else, please let me know.

Thanks,

Chris

These are things I personally heard, in the presence of one other witness, that Chad Smith has said and personally quoted.

April 29, 2008

   " I'm going to tell ya'll something, and I don't care who hears me say it. I've already written to my wife and told her so I really don't give a fuck. If they find me guilty, she might as well not worry about having a husband anymore, because somebody is going to pay for the fifteen years I'm going to lose out of my life.

   I truly believe in what Timothy McVae did when he blew up that federal courthouse. All them cocksuckers deserved what they got. If they find me guilty, I'm going to kill at least two feds: that nigger bitch Tommy Hardwin and that judge. Then I'm going to kill myself because I refuse to go back to prison. I'd rather die than give these cocksuckers anything. Especially more of my life than they are going to take anyway. What's the point of a forty year old man starting over anyway? That's what it will be if the find me guilty. So why not kill the nigger bitch? I don't care if I die. I won't have nothing else to live for after doing fifteen years. My kids will be grown and they won't need me anymore. I will have missed their whole lives. Somebody will pay, because one thing is certain, I will get out, and I will kill me some feds. Go ahead and let them mother fuckers oppose the motion for me to withdraw my plea if they want to! They will regret it. Because when I get out, and I will, it might be in fifteen years, but I swear that nigger bitch and that judge will die. And then,



and I will go to hell for it, but I will kill myself. Because after all that time, I just wont give a fuck anymore.

And you better believe me when I say that I know where to get any type of weapons I will need. I can get body armor and I can get military issue weapons with no problem at all. Do yall remember when that dude in California killed all them police officers with a sniper rifle? He was shooting them one by one in the head. He was smart because that is the only place you can hit someone wearing armor and kill them because it's the only vital area unprotected. Im a good shot too. I've always been a good hunter.

And do yall know how those high profile federal prosecutors have FBI agents with them out in public? Yeah, they deal with so many dangerous people, they have to have protection. Well, I'll do it just like that guy in California did it. Trust me, I wont fail.

If I had a revolver and six bullets in here, I would go a head and kill off some of these niggers in this cell block with us. This is the order: G (Rodney Terpin), Slim (Keith Tolbert), Simp (Darrel Simpson), Bird (??), that faggot in 210 (Baines), and the last one for me. Hell, I will die anyway so why not?

So my wife already knows, One of two things I gonna happen. Either Im coming home, or there is going to be retribution and thats all Im gonna say.

May 2, 2008

"That cocksucking nigger Judge Cappell rules against me every fucking time. Im going to kill that nigger mother fucker. He didnt let me get bond, and now this. If I end up going to prison, Im going to kill them nigger mother fuckers. A nigger bitch and a nigger judge."

May 2, 2008

"They cant find the bitch who is my 'supposed' victim. They probably got her in the witness protection program or something. I tell you what, she better sure as hell hope they are protecting her. I thought it would help me if they got that little slut on the stand so I could try to catch her in a lie. Now, that fucking whore has gotten married and moved off to Wisconsin or something. If I find her when I get out, im going to throw gas on that bitch's face and burn her alive."

May 6, 2008

"Im going to blow that nigger judge's brains out. If he rules against me one more time, he better give me a life sentence or hope he is already fucking dead by the time I get out. He does what he wants with my life, so Im going to do what I want with his. And that nigger bitch Tammy Hardwin too. Aint no FBI agent going to be able to save them. I will find them, and I will kill them nigger mother fuckers. That's why I like Timothy McVae so much. He showed them they Cant just fuck

(continued)

with anybody they want to. He blew them cocksuckers up! All 168 of them, I love it! And I don't give a fuck who knows about it. Ya'll are going to see me on national television for shooting them nigger mother fuckers in their heads and blowing their brains out. Mabey then they will learn that they cant just fuck with anybody. Let them rule against me again or find me guilty. I will fire them when I get out."

May 7, 2008

"I cant believe my witnesses say they dont remember anything or dont want to get involved. One of them is my best friend! Some friend he turned out to be. All Im going to say, is that Ive got something for that cocksucker when I get out. Im not going to say what, but he will regret not trying to help me after everything Ive done for him."

May 7, 2008

"If they do end up letting me withdraw my plea, and they cant get that whore to show up in court, you best believe Im just going to lie and say that we didnt have sex. They wont have her there to testify, and the stupid motherfuckers didnt have any dna work done, so they dont have any proof. So all I have to do is say; I didnt fuck her. I dont see how they can prove conclusively that I fucked the bitch."

May 10, 2008

"I hate that fucking bitch. When I get out, I'm going to find that bitch and pour gas on her face and set her on fire. Then her little husband wont want her anymore. That little whore took something away from me, so I am going to take something away from her and fuck her life up permenantly. Then im going to send her husband pictures from my discovery where that little pussy of hers was all red and swollen. Oh, im not going to let her die, I will put the fire out right before she dies so she will have to suffer the rest of her life with burn marks all over her face. No one will ever want to fuck her again, so she won't be able to fuck up anyone else's lives. I was thinking about tying her ass up and doing a female circumcision on her and cut out her clit and sew her pussy up to where there is only enough left open for her to pee out of. Yeah, it might be sadistic, but that little whore deserves everything im going to do to her. She is lucky that I am not more cruel than I am, or I would put a bullet through her little brother and sister's heads... and her mother too."

May 10, 2008

"I was at her house right before I got locked up trying to get some information. But I cant lie, she took it good for a 15 year old. Im in here with spies, kingpins, and killers. They are the 'real' fucking criminals. Why do I have to get locked up when all I did was get a little bit of pussy? It didn't hurt nothing. There aint a

(continued)

pussy in the world that can really be 'hurt', I dont care how young the girl is. It always heals even if you split it a little bit. Yeah, she was hurting a little bit in the bottom of her stomach, but she was a little freak. She took it a whole lot better than I thought she would. Even though she is married now, if I wasnt locked up, she would let me have it again."

May 10, 2008

"My mama and sister are going to tell them in court that they heard that where say that her mother threatened her into telling the grand jury that she did tell me she was only 15. Ive got some surprises for them mother fuckers."

```
ACRO370                    ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 2005 001054.00
OPER: DBH                          CASE ACTION SUMMARY
PAGE:   1                          CIRCUIT  CRIMINAL                RUN DATE: 07/19/2005
IN THE CIRCUIT COURT OF MONTGOMERY                                          JUDGE: CNP
```

STATE  OF  ALABAMA              VS     SMITH CHAD BRANDON
                                       2495 MARSHELL ROAD
CASE: CC 2005 001054.00
                                       WETUMPKA, AL  36093 0000

DOB: 01/13/1981         SEX: M  RACE: W  HT: 5 10  WT: 140   HR: BRO EYES: GRN
SSN: 419151877  ALIAS NAMES:
```
================================================================================
CHARGE01: RAPE 2ND DEGREE       CODE01: RAP2  LIT: RAPE 2ND DEGRE  TYP: F #: 001
OFFENSE DATE: 08/01/2003               AGENCY/OFFICER: 0030100
```

DATE WAR/CAP ISS:                      DATE ARRESTED: 09/09/2005
DATE    INDICTED: 07/15/2005           DATE    FILED: 07/19/2005
DATE   RELEASED:                       DATE  HEARING:
     BOND AMOUNT:      $20,000.00         SURETIES:

DATE 1:          DESC:                   TIME: 0000
DATE 2: 07/28/2005  DESC: APPT           TIME: 0200 P

TRACKING NOS: GJ 2005 070189 00  /                    /

   DEF/ATY:  Roianne Conner      TYPE:  A                        TYPE:
                              00000                        00000

PROSECUTOR:

                                                           Sept 26
```
================================================================================
OTH CSE: GJ200507018900 CHK/TICKET NO: 2005F-546        GRAND JURY: 189
COURT REPORTER:_____ SID NO:      001613175
DEF STATUS: JAIL              DEMAND:                        OPER: DBH
```

| TRANS DATE | ACTIONS, JUDGEMENTS, AND NOTES | | OPE |
|---|---|---|---|
| 07/19/2005 | ASSIGNED TO: (CNP) | (AR01) | DBH |
| 07/19/2005 | FILED ON: 07/19/2005 | (AR01) | DBH |
| 07/19/2005 | DEFENDANT ARRESTED ON: 09/09/2005 | (AR01) | DBH |
| 07/19/2005 | INITIAL STATUS SET TO: "J" - JAIL | (AR01) | DBH |
| 07/19/2005 | DEFENDANT INDICTED ON: 07/15/2005 | (AR01) | DBH |
| 07/19/2005 | BOND SET AT: $20000.00 | (AR01) | DBH |
| 07/19/2005 | CHARGE 01: RAPE 2ND DEGREE/#CNTS: 001 | (AR01) | DBH |
| 07/19/2005 | SET FOR: APPOINTMENT OF COU ON 07/28/2005 AT 0200P | (AR01) | DBH |
| 07/19/2005 | CASE ACTION SUMMARY PRINTED | (AR08) | DBH |
| 07/19/2005 | CAS ATTACHMENT PRINTED | (AR08) | DBH |

7/28/05  Appointment of Counsel was today, Atty.
Roianne Conner was appointed(s) to represent
the defendant.

8/1/05  A Status Conference is scheduled for
8/25/05 @ 1:30 p.m. and trial is set for
9/26/05 @ 8:30 a.m.

                                        Charles Price

STATE OF ALABAMA
MONTGOMERY COUNTY

I, as Circuit Clerk, Montgomery County
Circuit Court, do hereby certify that the within
is a complete, true and correct copy of the
_C.A.S._
on file in said office.

Witness my hand and the seal of said Court
is hereto affixed, this the _11th_
day of _Aug_ _08_

_Melissa Rittenour_
CIRCUIT CLERK

ACRO369  A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

CASE ACTION SUMMARY
CONTINUATION

CASE: CC 2005 001054.00
JUDGE ID:  CNP

STATE  OF  ALABAMA                    VS    SMITH CHAD BRANDON

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| 9/26/05 | States Motion to Amend from Rape II to Sexual Misconduct - Granted. |
| | DEFENDANT COMES INTO COURT WITH HIS ATTORNEY OF RECORD. THE COURT FULLY EXPLAINED DEFENDANT'S CONSTITUTIONAL RIGHTS. THE DEFENDANT ENTERED A PLEA OF GUILTY TO _Sexual Misconduct_ AND THE COURT BEING OF THE OPINION THAT THE DEFENDANT FULLY UNDERSTANDS HIS RIGHTS, AND THAT THE PLEA IS VOLUNTARILY AND KNOWINGLY ENTERED, THE COURT ACCEPTS HIS PLEA AND FINDS HIM GUILTY OF _Sexual Misconduct._  THE COURT SETS 10/21 20 05 AT 8:30 a.m. FOR SENTENCING AND PROBATION DETERMINATION. |
| | _Charles Price_ |
| 11/18/05 | COURT HAVING ASKED THE DEFENDANT IF HE HAD ANYTHING TO SAY AS TO WHY THE SENTENCE OF LAW SHOULD NOT NOW BE PRONOUNCED UPON HIM, AND THE DEFENDANT HAVING HIS SAY, THE COURT SENTENCED THE DEFENDANT TO: 365 days in the county jail; def. is ordered to pay $500.00 VCF, CC, $750.00 Atty. fee, and $266.72 Rest. All money to be set out upon release. Def. is ordered to have a Mental Evaluation done. |
| | _Charles Price_ |
| 11-30-05 | Order for Outpatient Eval. |
| 3/3/06 | Defendant is to pay $100.00 per month until all money is paid. |
| | _Charles Price_ |

GJ No: 7/11/2005-189

CC NO. _____

**THE STATE OF ALABAMA**

v.

Chad Brandon Smith, alias
Chad B. Smith, alias;
caucasian/M DOB:1/13/1981 Ht:5'10" Wt:140

2495 MARSHELL ROAD, WETUMPKA AL 36093

SID No. AL01613175 Arrest Date 03/09/2005

RAPE 2ND DEGREE(x1)

**A TRUE BILL**

_____
Foreperson of Grand Jury

**BAIL IN THIS CASE IS FIXED AT**

$20000

_____
Judge of Circuit Court of Montgomery County

GJ No: 05-1054 ChP

Presented in open court by the Foreperson of the Montgomery County Grand Jury in the presence of __15__ other members of the Grand Jury and filed this __15__ day

of __July__, 2005.

_____
Circuit Court Clerk

**WITNESSES**

E M Planer
Montgomery Police Department, 320 N Ripley Street,
Montgomery AL 36104

Gina Salmons
5600 Carmichael Road, Apartment 2330, Montgomery
AL 36117

Laura Salmons
5600 Carmichael Road, Apt 2330, Montgomery AL
36117

Dr Dent Williams
7040 Sydney Curve , Montgomery AL 36117

STATE OF ALABAMA
MONTGOMERY COUNTY

I, as Circuit Clerk, Montgomery County Circuit Court, do hereby certify that the within is a complete, true and correct copy of the __Indictment__
on file in said office.

Witness my hand and the seal of said Court is hereto affixed, this the __11th__ day of __Aug__ __OK__

_____
CIRCUIT CLERK

# THE STATE OF ALABAMA
## MONTGOMERY COUNTY

Circuit Court of Montgomery County, July 2005

Count I: The Grand Jury Of Montgomery County charge that, before the finding of this indictment,

Chad Brandon Smith, alias
Chad B. Smith, alias

whose name is otherwise unknown to the Grand Jury, a male, did engage in sexual intercourse with a female, to-wit: Gina Salmons, who was less than sixteen years of age and more than twelve years of age, the said defendant being sixteen years old or older and at least two years older than the said Gina Salmons, in violation of section 13A-6-62 of the Code of Alabama, against the peace and dignity of the State of Alabama.

_Ellen Brooks_
District Attorney, Fifteenth Judicial Circuit of Alabama

State of Alabama vs. Chad Smith

Plea Agreement    05-1054

The parties understand that sentencing is solely up to Judge Price. However, the parties agree that the charge should be amended to Sexual Misconduct. The Defendant also agrees to a permanent restraining order between himself and the victim and himself and the victim's mother. This is to include direct and indirect contact.

*Drica Meeebey*
9/26/05

*Laura Salmons*
*Gina Salmons*
*[signature]*
*Anna Cool*

STATE OF ALABAMA
MONTGOMERY COUNTY

I, _____ as Circuit Clerk, Montgomery County Circuit Court, do hereby certify that the within is a complete, true and correct copy of the *Plea agreement* on file in said office.

Witness my hand and the seal of said Court is hereto affixed, this the *11th* day of *Aug* *08*
*Melissa Rittenour*
CIRCUIT CLERK

RECEIVED
9-29-05
CIRCUIT COURT CLERK

## ALABAMA BOARD OF PARDONS AND PAROLES

### REPORT OF INVESTIGATION

| | | | |
|---|---|---|---|
| **Type of Investigation:** | PSI | **Date Dictated:** | 11/02/2005 |
| **Name:** | SMITH CHAD BRANDON | **PR#:** | PR200501702500 |
| **Alias:** | WISH | | |

| | | | | | |
|---|---|---|---|---|---|
| **RS** | WM | **DOB:** 01/13/1981 | **Est. Age:** | 24 | **Height and Weight:** 5'10" \| 140 |
| **Complexion:** | LGT | | **Color of Hair:** | BRO | **Color of Eyes:** GRN |
| **Bodily Marks:** | 13/L ARM, WISH/R ARM | | | | |
| **Driver's License:** | AL | | **SSN:** | 419151877 | |
| **AIS#:** | 000000 **FBI#:**NONE | | **SID:** | AL01613175 | |
| **Phone #:** | 3345141087 | | | | |
| **Address:** | 2495 MARSHALL RD. | | | | |
| | MONTGOMERY, AL 36093 | | | | |

### OFFENSE(S) OF INVESTIGATION

| | | | |
|---|---|---|---|
| **County:** | Montgomery | **Case #:** | CC 2005 001054.00 |
| **Offense(s):** | | | |
| | RAPE 2ND DEGREE | | |

| Sentence(s) | Date | Begin Date | Conf Imp | Conf Susp | Probation | Restitution |
|---|---|---|---|---|---|---|
| SEXUAL MISCONDUCT : G | | | | | | $ 0.00 |

| | | | |
|---|---|---|---|
| **Date of Arrest:** | 09/09/2005 | **Date of Bond:** | **Bond Amt.:** $ 20000.00 |
| **Judge:** | CHARLES PRICE | **D.A.:** | |
| **Attorney:** | CONNER ROIANNE HOULTON | **Retained:** | **Appointed:** X |

**Court Ordered Restitution:**$0

**NOTES:**

### PRESENT OFFENSE(S)

**County Court and Case Number:** Montgomery, CC 2005 001054.00

**Offense(s)**

RAPE 2ND DEGREE

| Sentence(s) | Date | Begin Date | Conf Imp | Conf Susp | Prob. | Rest. |
|---|---|---|---|---|---|---|
| SEXUAL MISCONDUCT : G | | | | | | $ 0.00 |

**Date of Sentence:**

**Details of Offense:** (1) According to Montgomery Police reports, Chad Smith (W/M, DOB 1/13/81) committed Rape II. The Rape II charges were later reduced to Sexual Misconduct.

On 3/8/05, Laura Salmons (W/F, 42YOA, 5600 Carmichael Road, #2330) brought Gina Salmons, her daughter, to MPD HQ's to report that her daughter had been having sex with Smith. Ms. Salmon tried to report the matter before but her daughter wouldn't help with investigation. This time, however, Ms. Salmons had Gina's baby's birth certificate which named Smith as the father. The baby's DOB placed the time of intercourse when the victim was only 15YOA.

When questioned by MPD Detective E.M. Planer, #1075, Gina Salmons stated that she had met Smith through some friends and that they began dating on her 15th birthday. She continued to say that they first had sex about 3 months later. Gina Salmons said that she was in love with Smith and that he loved her also. She added that they intended to marry as soon as she was 16YOA. Planer secured a swab from both her and her newborn son, Draven Smith, 5 weeks old. The swabs were processed and sent to the Alabama Department of Forensic Sciences for DNA testing.

Planer attempted to contact Smith with negative results. Planer then called the Elmore County SO and asked them to place Smith into custody. The ECSO found Smith and turned him over to the Montgomery County Detention Facility. Planer later interviewed Smith and confirmed Gina Salmons' story. Smith said that he did intend to marry Gina Salmons. Planer secured a DNA swab from Smith for a paternity test and sent it to the AL DFS also.

**On Probation At Arrest:** No

**On Parole At Arrest:** No

**Serious Physical Injury Barring Parole:** No

**Subject's Statement:** (1) Smith admitted to having sex with the victim when she was only 15YOA. He acknowledged being the father of her baby, Draven Smith.

**Case Status of Co-defendants:** (1) None

**Victim Notification Information:**

**Victim Impact:**    (1) The Restitution Affidavit was incomplete at the writing of this report.

**Victim Age:**    12-16

**Location of Offense:**    City Limits, Montgomery, AL

**Court Ordered Restitution:**    $0

## RECORD OF ARREST(S)

| Date | Agency ORI | Type | Charge | Disposition |
|------|-----------|------|--------|-------------|
| 01/14/2000 | PD Montgomery, AL | Prior Adult | Crim Tresp III | Other: No further information listed by this agency. |
| 07/07/2000 | PD Montgomery, AL | Prior Adult | Harassment | Other: No further information listed by this agency. |
| 11/28/2000 | SO Dale, AL | Prior Adult | Damg Prop-Crim Mischf III | Other: No further information listed by this agency. |

## PERSONAL/SOCIAL HISTORY

### Marital Status/History

| Name | Address | DOB | DOD | Marriage Begin/End |
|------|---------|-----|-----|--------------------|
| Bonnie Wegner | Unknown | | | 08/11/1999 - 09/01/2000 |

### Children

| Name | Address | DOB | DOD | Other Parent |
|------|---------|-----|-----|--------------|
| Draven Smith | | 02/01/2005 | | Gina Salmons |

### Housing History

| | | | |
|---|---|---|---|
| **Orphanage:** | No | **Homeless:** | No |
| **Foster Home:** | No | **Other Institution:** | No |
| **Boarding School:** | No | | |

### Health

| | |
|---|---|
| **Physical Disability:** | No |
| **Mental Disability:** | No |
| **Psychological Report:** | No |

**Prescribed Medications:**     No

**Defendants Opinion Of Drug Problem:**     Denies

**Past Drugs:**     Yes     Marijuana

**Treatment History:**

**Present Drugs:**     No

**Defendants Opinion Of Alcohol Problem:**     Denies     Occasional

| Education |
|---|

## High School

| Last Grade Completed | Name/Year | If Dropout, Reason why: |
|---|---|---|
| 9 | Wetumpka HS, 1997 | Jailed |

## College

| Last Level Completed | Name/Year | If Dropout, Reason why: |
|---|---|---|
| Attended College | AUM, 2002 | |

## Further Education/Training

| Type | Place | Length | Completed |
|---|---|---|---|
| GED | Mt. Meigs Youth Facility | | Yes |

| Financial Status |
|---|

**Owns:**

| Employment History |
|---|

| Type/Employer | Begin Date | # Months | Pay | Reason For Leaving |
|---|---|---|---|---|
| Web Design \ 334 Online | 01/2005 | 3 | Varied | MCDF |
| Welding \ Madix | 11/1999 | 17 | 6.50/hr | Fired |
| Construction \ Mosley Construction | 05/2004 | 3 | 7.25/hr | Boss attacked me! |

| Military Record |
|---|

| Registered W/Selective Service | Served | Length Of Service | Discharge Type |
|---|---|---|---|
| Yes | None | | |

| Discharge Reason | Highest\Discharge Rank | Military Job Title | Medals/Awards |
|---|---|---|---|
| | \ | | |

**Notes:**

| Offender's Family |
| --- |

## Parents

| Father | Address | DOB | Felony Conv. | Deceased |
| --- | --- | --- | --- | --- |
| Ronald Smith | 2495 Marshall Road Wetumpka, AL | 01/01/1957 | No | No |

| Mother | Address | DOB | Felony Conv. | Deceased |
| --- | --- | --- | --- | --- |
| Sonja Brown | 7375 Bradley Road Wetumpka, AL | 01/01/1958 | No | No |

## Siblings

| Name | Address | DOB | Felony Conv. |
| --- | --- | --- | --- |
| Dana Smith | Wetumpka, AL | 01/01/1985 | No |
| Kelly Ward | Wetumpka, AL | 01/01/1983 | No |

**Notes:**

## Personal Relationship

| Relationship w/father: | Good |
| --- | --- |
| Relationship w/mother: | Good |
| Relationship w/siblings: | Good |

| PROBATION PLAN |
| --- |

| Home |
| --- |

| Living With | Address | Relation |
| --- | --- | --- |
| Ron Smith | 2495 Marshall Road Wetumpka, AL | father |

| Employment |
| --- |

| Employer | Address | Phone | Pay Rate |
| --- | --- | --- | --- |
| Unemployed | | | |

| Treatments |
| --- |

| Treatment Type | Treatment Description |
| --- | --- |
| Employment | Full-time Employment, Al St Emp Agency (832-4150). |
| Substance: Drugs | Assmnt/Treatmnt Plan, Lighthouse (286-5980). |
| Miscellaneous | Mental Health Evaluation, Kirkland, King, & Renfroe (269-1106). |

**Officer Remarks:**

While Chad Smith was awaiting his sentencing date, he wrote Laura Salmons' ex-husband, Charles Salmons, and relayed the following thoughts.

*Smith stated the Laura Salmons would get custody of Draven Smith over his (Smith's) dead body.

\* "If Laura continues her s\*\*t, I'm going to end up shooting the bitch in her face."
\* "If that bitch [Laura Salmons] causes my family to break apart Charles, I really am scared if what I'm going to do to her."
\*"I'm at the end of my rope so I need your help before I kill the bitch and go to prison and Draven and Gina have to go on without me."

The writings would seem to indicate extreme hatred for Laura Salmons and are threats against her life in Smith's own handwriting. They also show Smith to be desperate about his own situation also.

I believe that Chad Smith should undergo a mental evaluation by a court psychologist before he is allowed to be set free. Writing a letter in which several death threats are made is enough to warrant a thorough examination. Smith's threats cannot be dismissed.

**Recommendations To Court:**  In case number CC 05-1054, Sexual Misconduct, is a class A misdemeanor which has a maximum sentence of 1 year. I recommend that the defendant be sentenced to 1 year in jail. I do not recommend probation.

Signed and dated at Montgomery,

Alabama the 4th day of November, 2005.

SIMMONS PAUL

Alabama Probation and Parole Officer

PBF 203

Reviewed By