IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                    ) | CASE NO. 2:07cr247-WKW |
| ) | |
| CHAD BRANDON SMITH                    ) | |

**<u>ORDER</u>**

As discussed at the sentencing hearing held on August 13, 2008, it is ORDERED as follows:

(1)  On or before August 27, 2008, the United States and Defendant shall file supplemental briefs on the issue of whether Defendant's prior state conviction is a "sex offense conviction" within the meaning of 18 U.S.C. §§ 2247(b) and 2426(b) so as to trigger a sentencing enhancement. The parties' briefs also may include further discussion on the issue of whether Defendant should receive acceptance of responsibility.

(2)  The sentencing hearing, which will be set within a reasonable time after the court's receipt of the supplemental briefs, is CONTINUED until further order.

DONE this 14th day of August, 2008.

　　　　　　　　　　　　　　　　　/s/  W. Keith Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE